Eastern District of New York

# APPLICATION FOR WRIT OF HABEAS CORPUS
## UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
- against -
Anibal Edgardo Mejia Guzman
Defendant.

☒ X   25 MJ 138 (LGD)
☐ Criminal Miscellaneous

The undersigned ☒ Assistant U.S. Attorney ☐ Special Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ☒ ad prosequendum ☐ ad testificandum ☐ in re a motion pursuant to 28 U.S.C. § 2255 and avers:

1. Name of detainee (and detainee number, if known): Anibal Edgardo Mejia Guzman

2. Detained by ☐ Warden, New York Metropolitan Correctional Center, New York, New York
☐ Warden,
☒ Other: Deportation Officer Mayra Pardo-Figueroa, Orange County Jail, 110 Wells Farm Road, Goshen, NY 10924
[Specify title of custodian and name and location of detention facility]

3. Detainee is ☒ charged in this district by ☐ Indictment ☐ Information ☒ complaint with, OR ☐ was convicted in this district of, violating Title 18, U.S.C. § 111, OR ☐ is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on _____, at 2 o'clock M ☐ in Courtroom Number ___, OR ☐ before the Federal Grand Jury sitting in Room Number ___, of the United States Courthouse for this district, for ☒ arraignment ☐ plea ☐ trial ☐ sentencing ☐ in re a motion pursuant to 28 U.S.C. § 2255 ☐ the purpose of giving necessary testimony in the captioned proceeding ☐ other purpose(s), specifically _____

Sworn to before me this ___ day of _____, 2025

☒ Assistant United States Attorney
Eastern District of New York
☐ Special Assistant United States Attorney

**WRIT OF HABEAS CORPUS**

☒ Ad Prosequendum   ☐ Ad Testificandum   ☐ In Re Motion to Vacate

The instant application is granted and the above-named custodian, as well as the United States Marshal for this district, his deputies, and all other United States Marshals and their deputies, is and are each directed to produce the named detainee, in civilian clothes, on the date, at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court.

Dated: _____, New York
4/17, 2025

s/ Lee G. Dunst

U.S.M.J.

CLERK, E.D.N.Y. CV

Deputy Clerk

## SATISFACTION OF WRIT

The undersigned ☒ Assistant United States Attorney ☐ Special Assistant United States Attorney hereby requests that the instant writ of habeas corpus be satisfied and that the United States Marshal for the district be authorized and directed to return the named detainee to the above identified custodian.

Dated: .................., New York
       .................., 2025.......

SO ORDERED:

.................................................
☒ Assistant United States Attorney
  Eastern District of New York

☐ Special Assistant United States Attorney

..............................................
U.S.M.J.

Dated: .................., New York
       .................., 20..........

---

**INTERIM ORDERS OF THE COURT**

☐ The detainee having been produced pursuant to the within Writ, the United States Marshal for this district is directed to

☐ Other:

......................................................
......................................................
......................................................

DATED:

..............................................
U.S.M.J.

---

CRIMINAL ACTION NO.:

UNITED STATES DISTRICT COURT
_____ DISTRICT

UNITED STATES OF AMERICA

- against -

Defendant.

**WRIT OF HABEAS CORPUS**

UNITED STATES ATTORNEY

Marshal's Return