F. #2025R00257

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                             25-MJ-138 (LGD)

ANIBAL EDGARDO MEJIA
GUZMAN
        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Charles N. Rose from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Charles N. Rose
    United States Attorney's Office (Criminal Division)
    610 Federal Plaza
    Central Islip, New York 11722
    Tel:  (631) 715-7844
    Email: Charles.rose@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Charles N. Rose at the email address set forth above.

Dated:   Central Islip, New York
         May 8, 2025

                                                Respectfully submitted,

                                                JOSEPH NOCELLA, JR.
                                                United States Attorney

By:   /s/ Charles N. Rose
      Charles N. Rose
      Assistant U.S. Attorney

cc:   Clerk of the Court (LGD)