BEFORE:  STEVEN I. LOCKE                                        DATE: 5/1/2025
UNITED STATES MAGISTRATE JUDGE                          TIME:   1:30 pm

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET NO. MJ 25-138(LGD) USA v. ANIBAL EDGARDO MEJIA GUZMAN**

**DEFENDANT:**    **Anibal E. Mejia-Guzman    DEF. #: 1**
☒ Present    ☐ Not present    ☒ Custody    ☐Bail/Surrender
**DEFENSE COUNSEL: Felipe Garcia**
☒ Federal Defender    ☐ CJA    ☐ Retained

**AUSA: C. Rose**

INTERPRETER: Nicolas Penchaszadeh (Spanish)
PRETRIAL:  Amanda Sanchez

FTR:  2:40-2:46                    COURTROOM DEPUTY: KMG

☒    Case Called.              ☒    Counsel present for all sides.
☒    Initial Appearance and Arraignment held.
      Preliminary Hearing:   ☒    Waived;   ☐    Set for: _____.
☐    Waiver of speedy trial/indictment executed; time excluded from through.
☐    Order setting conditions of release and bond entered.
☒    Permanent order of detention entered.
☐    Temporary order of detention entered.
      ☐ Detention hearing scheduled for .
☐    Bail hearing held.  Disposition:
☐    Next court appearance scheduled on .

Defendant    ☐    Remains on Bond        ☒    Remains in Custody.

OTHER:  Consular notification has been waived. A Rule 5F Order has been entered.