MRM:CNR
F. #2025R00257

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 21 2025 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

ANIBAL EDGARDO MEJIA
GUZMAN,

                   Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No. CR25 174
(T. 18, U.S.C., §§ 111(a)(1), 111(b)
and 3551 et seq.)

SEYBERT, J.

DUNST, M.J.

THE GRAND JURY CHARGES:

### ASSAULT OF FEDERAL OFFICERS

On or about April 11, 2025, within the Eastern District of New York, the defendant ANIBAL EDGARDO MEJIA GUZMAN did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with one or more officers and employees of the United States, to wit: two United States Immigration and Customs Enforcement, Enforcement and Removal Operations Deportation Officers ("Deportation Officer-1" and "Deportation Officer-2") and one Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("Special Agent-1"), individuals whose identities are known to the Grand Jury, while such officers and employees were engaged in, and on account of, the performance of official duties, and such act involved physical contact with Deportation

Officer-1, Deportation Officer-2 and Special Agent-1 and inflicted bodily injury to Deportation Officer-1 and Deportation Officer-2.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)

A TRUE BILL

███████████████

FOREPERSON

By David Pitluck, Assistant U.S. Attorney
_____
JOSEPH NOCELLA, JR.
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK