F. #2025R00257

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                                25-CR-174(JS)

ANIBAL EDGARDO MEJIA GUZMAN,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

       PLEASE TAKE NOTICE that Special Assistant United States Attorney Sarah A. Elardo from this point forward will be added as counsel in the above-captioned matter.

       All future correspondence to the United States in the above-captioned matter should be sent to:

       Special Assistant U.S. Attorney Sarah A. Elardo
       United States Attorney's Office (Criminal Division)
       271-A Cadman Plaza East
       Brooklyn, New York 11201
       Tel:  (718) 254-6263
       Email: Sarah.Elardo@usdoj.gov

    In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Sarah A. Elardo at the email address set forth above.

Dated: Brooklyn, New York
    May 30, 2025

              Respectfully submitted,

              JOSEPH NOCELLA, JR.
              United States Attorney

          By:  /s/ Sarah A. Elardo
              Sarah A. Elardo
              Assistant U.S. Attorney

cc: Clerk of the Court (JS)