**Federal Defenders**
OF NEW YORK, INC.

Eastern District
100 Federal Plaza, Room 770
Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (612) 712-6505

*Tamara L. Giwa*
Executive Director

*Michelle A. Gelernt*
Attorney-in-Charge

July 9, 2025

**Via CM/ECF and Email**
Honorable Joanna Seybert
United States District Court
1040 Federal Plaza
Central Islip, New York 11722

Re: *United States v. Anibal Edgardo Mejia Guzman*, **25-CR-174 (JS)**

Dear Judge Seybert:

The Defense submits this joint letter to formally request a motion schedule on Mr. Mejia Guzman's case, next scheduled for trial on August 11, 2025. After speaking to AUSA Elardo, we have agreed on the following filing dates:

- July 11, 2025:  Deadline to submit Motions in Limine by both parties and Motion to Suppress by the Defense.

- July 18, 2025: Deadline to submit opposition motions.

- July 25, 2025: Deadline to submit reply to opposition motions, if any are needed.

Respectfully submitted,

/s/ Felipe Garcia
_____
Felipe Garcia
Assistant Federal Defender
Federal Defenders of New York, Inc.
770 Federal Plaza | Central Islip, NY 11722
Phone: (631) 712-6500 Fax: (631) 712-6505
Email: felipe_garcia@fd.org

cc:   Sarah Elardo, AUSA (by ECF and email)