

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

CNR:SAE  
F. #2025R00257

*610 Federal Plaza
Central Islip, New York 11722*

July 30, 2025

<u>By E-mail and ECF</u>

Felipe Andres Garcia, Esq.  
Federal Defenders of NY, Inc.  
770 Federal Plaza  
Central Islip, New York 11722

      Re:    <u>United States v. Edgardo Anibal Mejia-Guzman  
                 Criminal Docket No. 25-CR-174 (JS)</u>

Dear Mr. Garcia:

      Enclosed please find discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure."  The government also requests reciprocal discovery from the defendant.

I.    <u>The Government's Discovery</u>

    A.    <u>Statements of the Defendant</u>

- Specifically, the government is providing you with the document and item, which is bates-numbered, GUZMAN000159, via a shareable site, USA File Exchange. Said document is a video surveillance footage collected from 162 Broadway West Hempstead, New York 11552.

2

        Please review the attached document for any statements the defendant may have made contained therein.  You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

                              Respectfully submitted,

                              JOSEPH NOCELLA, JR.
                              United States Attorney

By:      /s/ Sarah Elardo
                              Sarah A. Elardo
                              Assistant U.S. Attorney
                              (718) 254-6263

Case 2:25-cr-00174-JS    Document 29    Filed 07/30/25    Page 2 of 2 PageID #: 195