

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CNR/SE:dtt
F. #2025R00257

*610 Federal Plaza*
*Central Islip, New York 11722*

August 4, 2025

<u>By USAFx & Email</u>

Felipe Garcia, Esq.
Federal Defenders of NY, Inc.
770 Federal Plaza
Central Islip, New York 11722

   Re: <u>United States v. Anibal Edgardo Mejia-Guzman</u>
     <u>Criminal Docket No. 25-174 (JS)</u>

Dear Mr. Garcia:

  In advance of the trial scheduled to proceed on August 11, 2025 in the above-referenced matter, enclosed please find exhibits the government may offer into evidence at the trial. An index of these materials is enclosed herewith; the index is not being filed electronically.

  These items are being provided to you via the secure file-sharing platform USA File Exchange, unless otherwise noted. Please be advised that you must download materials from USAfx within 60 days from the date they were uploaded—USAfx is *not* a storage site and the materials are automatically deleted within 60 days.

  The government reiterates its request reciprocal discovery from the defendants.

       Very truly yours,

       JOSEPH NOCELLA, JR.
       United States Attorney
       Eastern District of New York

    By:  /s/
       Sarah Elardo
       Charles N. Rose
       Assistant United States Attorneys
       (631) 715-7900

Encls. (via USAfx)
cc: Clerk of the Court (JS) (by ECF) (without enclosures)