```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X

UNITED STATES OF AMERICA

             V.                        NOTICE OF APPEARANCE

ANIBAL EDGARDO MEJIA GUZMAN,           25 CR 174 (JS)

                  Defendant.

-----------------------------X
```

    PLEASE TAKE NOTICE that having been duly admitted to practice in the Eastern District of New York, I, Michelle A. Gelernt, Esq., of the Federal Defenders of New York, Inc., do hereby represent the defendant, Anibal Edgardo Mejia Guzman, in the above captioned case.

```
Dated:   Brooklyn, NY
         August 5, 2025
                                 MICHELLE A. GELERNT, ESQ.
                                 Attorney-in-Charge
                                 Federal Defenders of NY, Inc.
                                 One Pierrepont Plaza,16th Fl.
                                 Brooklyn, NY 11241
                                 michelle_gelernt@fd.org
                                 (718) 330-1204
```