CNR:SAE
F.#2025R00257

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                Docket No. 25-CR-174 (JS)

ANIBAL EDGARDO MEJIA GUZMAN,     JOINT PROPOSED VERDICT SHEET

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

**Assault On a Federal Officer**

How do you find the defendant ANIBAL EDGARDO MEJIA GUZMAN?

                                Not Guilty _____      Guilty _____