**Federal Defenders**
OF NEW YORK, INC.

Eastern District
100 Federal Plaza, Room 770
Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (612) 712-6505

*Tamara L. Giwa*
*Executive Director*

*Michelle A. Gelernt*
*Attorney-in-Charge*

August 6, 2025

**Via Email**

Sarah Elardo, Esq.
Assistant U.S. Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York, 11722

Re:   *United States v. Anibal Mejia Guzman*, 25-CR-174 (JS)
    **List of Possible Exhibits**

Dear Ms. Elardo:

   In advance of the trial scheduled to proceed on August 11, 2025, in the above referenced case, enclosed please find exhibits that the defense may offer into evidence at trial. A list of the exhibits is enclosed, however, it is not being filed electronically. The items will be provided to you via email.

Respectfully submitted,

_____
Felipe Garcia
Counsel for Anibal Mejia Guzman
Assistant Federal Defender
Federal Defenders of New York, Inc.
770 Federal Plaza | Central Islip, NY 11722
Phone: (631) 712-6500 Fax: (631) 712-6505
Email: felipe_garcia@fd.org

cc:   Sarah Elardo, AUSA (ECF and email)
    Charles Rose, AUSA (ECF and email)
    Clerk of the Court (JS) (by ECF)