# List of Names, Places, and Entities[1]

<u>Defense</u>

1. Anibal Edgardo Mejia Guzman (defendant)
2. Felipe Garcia (defense counsel)
3. Michele Gelernt (defense counsel)
4. Paralegal Specialist Yvette Genao

<u>Prosecution</u>

1. SAUSA Sarah Elardo
2. AUSA Charles Rose
3. Paralegal Specialist Dejah Turla

<u>Potential Witnesses and Names Referenced</u>

1. Deportation Officer John Dickerson ("ICE/ERO") (witness)
2. Special Agent Joshua Abbensetts ("DHS/HSI") (witness)
3. Deportation Officer Dennis Carroll ("ICE/ERO") (witness)
4. Deportation Officer Efren Olivencia ("ICE/ERO")
5. Deportation Officer John Keane ("ICE/ERO")
6. Deportation Officer Peter Hassell ("ICE/ERO")
7. Deportation Officer Michael Damiano ("ICE/ERO")
8. Special Agent Santino Lopez ("DHS/HSI")
9. Deportation Officer John Jerva ("ICE/ERO")
10. Supervisory Detention and Deportation Officer Geraldo Paoli ("ICE/ERO")
11. Supervisory Detention and Deportation Officer Raul Concha ("ICE/ERO")
12. Deportation Officer Jorge Urena ("ICE/ERO")
13. Deportation Officer Andrew Steinborn ("ICE/ERO")

Places

1. 285 Belmont Avenue, West Hempstead, New York 11552 and its immediate vicinity

2. 162 Broadway, West Hempstead 11552 and its immediate vicinity

3. 535 Federal Plaza, Central Islip, New York 11722 and its immediate vicinity

Entities

1. Immigration and Customs Enforcement ("ICE")

2. U.S. Department of Homeland Security ("DHS")

3. Enforcement and Removal Operations ("ERO")

---

[1] The government respectfully requests that this exhibit be filed under seal as it contains the name of one or more civilian witnesses whose identities may be identified by information contained in this exhibit be redacted for public filing. The risk to the safety of these witnesses outweighs the public's right to disclosure. United States v. Amodeo, 44 F.3d 141, 147 (2d Cir. 1995) (need to protect the integrity of an ongoing investigation, including the safety of witnesses, may be compelling reason to justify sealing). Moreover, unsealing this exhibit, and thus potentially revealing witness identities publicly will likely harm the ability of law enforcement to secure current and future cooperation from persons similarly situated, a fact that also weighs against public disclosure.

Case 2:25-cr-00174-JS   Document 41   Filed 08/06/25   Page 3 of 3 PageID #: 279