# UNITED STATES DISTRICT COURT
## Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | Presiding Judge: **Joanna Seybert, Senior U.S.D.J.** |
| - v - | Case No(s).: **2:25-cr-00174 (JS)(LGD)** |
| Anibal Edgardo Mejia Guzman | Date: **08/11/2025** |
| | Start Time: **10:12 AM**  Total Time: **5 Hours** |

### MINUTE ENTRY FOR A CRIMINAL PROCEEDING

**SEALED PROCEEDING:** ☐ Yes ☑ No

## I. APPEARANCES:

Defendant (# **001** ): **Anibal Edgardo Mejia Guzman**
☑ Present ☐ Not Present ☑ In Custody ☐ On Bond ☐ Surrendered

Counsel: **Felipe A. Garcia, Michelle A. Gelernt, Yvette Genao (Para)**
☐ Retained ☑ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

Defendant (# ____ ): _____
☐ Present ☐ Not Present ☐ In Custody ☐ On Bond ☐ Surrendered

Counsel: _____
☐ Retained ☐ Federal Defender ☐ CJA ☐ _____

| | | | |
|---|---|---|---|
| Government: | **Sarah Abigail Elardo, Charles N. Rose** | Interpreter(s): | **Nancy Adler, Nicolas Penchaszadeh** |
| | **Dejah Turla, Paralegal** | Language: | Spanish |
| Pretrial Services: | _____ | Court Reporter(s): | **ToniAnn Lucatorto, Denise Parisi, Lisa Schmid** |
| Probation Dept.: | _____ | | |
| Other Appearances: | _____ | FTR Time(s): | _____ |
| | _____ | Courtroom Deputy: | Doreen Flanagan |
| | _____ | | |

## II. PROCEEDINGS HELD:

☑ In-Person           ☐ Arraignment (*see pg. 2*)          ☐ Initial Appearance (*see pg. 2*)     ☐ Plea Hearing (*see pg. 4*)
☐ By Telephone    ☐ Bond Hearing (*see pg. 5*)         ☐ Jury Deliberation (*see pg. 3*)     ☐ Pre-Trial Conference (*see pg. 2*)
☐ By Video           ☐ Curcio Hearing (*see pg. 3*)       ☑ Jury Selection (*see pg. 3*)         ☐ Resentencing (*see pg. 4*)
                              ☐ Detention Hearing (*see pg. 5*)   ☑ Jury Trial (*see pg. 3*)                ☐ Sentencing (*see pg. 4*)
                              ☐ Evidentiary Hearing (*see pg. 2*) ☐ Motion Hearing (*see pg. 2*)      ☐ Status Conference (*see pg. 2*)
                              ☐ Fatico Hearing (*see pg. 2*)

☐ Other Proceeding: _____

## III. SUMMARY OF THE PROCEEDINGS:

- ☐ _____ held as to _____.
  - ☐ This was an initial appearance before this Court by Defendant _____.
  - ☐ Defendant _____ waived Indictment.
    - ☐ Waiver of Indictment executed by Defendant _____.
  - ☐ Defendant _____ waived the public reading of the charging instrument.
  - ☐ Defendant _____ was advised of, and acknowledged, the charges outlined in the charging instrument.
  - ☐ The Government was advised of, and acknowledged, its obligation under F.R.Cr.P. Rule 5(f) and the Due Process Protections Act.
    - ☐ A written order will be entered fully describing this obligation and the possible consequences of failing to meet it.
  - ☐ Defendant _____ entered a plea of NOT GUILTY as to all counts of the charging instrument.
  - ☐ The parties advised the Court of the status of the case.
  - ☐ Defendant _____ consented to the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
  - ☐ Defendant _____ did not consent to the exclusion of Speedy Trial time.
  - ☐ The Court ordered the exclusion of Speedy Trial time from _____ to _____ pursuant to Title 18, United States Code, Section 3161_____.
  - ☐ The Court deemed, or previously deemed, this case COMPLEX and Speedy Trial time was excluded pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(ii).
  - ☐ The Court deemed, or previously deemed, this case TRIAL READY.
    - ☐ The Court set the following pre-trial submission schedule:
      - ☐ The Government shall turn over all 3500 material and 404(b) evidence to the defendant(s) by: _____
      - ☐ Motion(s) in Limine and all supporting papers shall be filed by: _____
      - ☐ Opposition(s) to Motions in Limine and all supporting papers shall be filed by: _____
      - ☐ Reply(ies) to Motions in Limine and all supporting papers shall be filed by: _____
      - ☐ Proposed voir dire questions and a brief case summary shall be filed by: _____
      - ☐ Proposed exhibits and a witness list shall be filed by: _____
      - ☐ Proposed jury charge and verdict sheet shall be filed by: _____
      - ☐ The Court will not grant any extensions of the deadlines set forth above.
      - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
      - ☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".
    - ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
    - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ _____ Hearing held.
  - ☐ Hearing held regarding _____.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
  - ☐ Exhibits were entered into evidence.
  - ☐ The following briefing schedule was set:
    - ☐ _____ shall file and serve the motion and all supporting papers by: _____
    - ☐ _____ shall file and serve the opposition to the motion and all supporting papers by: _____
    - ☐ _____ shall file and serve the cross-motion and all supporting papers by: _____
    - ☐ _____ shall file and serve the reply and all supporting papers by: _____
    - ☐ _____ shall file and serve the opposition to the cross motion and all supporting papers by: _____
    - ☐ _____ shall file and serve the reply to the cross motion and all supporting papers by: _____
    - ☐ The Court will not grant any extensions of the deadlines set forth above.
    - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (see Rule IV).
  - ☐ The parties were directed to file a proposed briefing schedule on or before _____.
  - ☐ The Court will enter a separate order outlining the briefing schedule.
  - ☐ The Court made the following ruling(s):
    - ☐ GRANTED, as to: _____.
    - ☐ DENIED, as to: _____.
    - ☐ GRANTED, in part, as to: _____.
    - ☐ Decision RESERVED, as to: _____.
  - ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Curcio Hearing held as to Defendant _____.
  - ☐ Attorney _____ (☐ Federal Defender ☐ CJA) was appointed to represent the defendant for purposes of this hearing.
  - ☐ The parties presented their oral arguments to the Court.
  - ☐ The defendant was informed of the potential dangers arising from any conflicts of interest with current defense counsel.
  - ☐ The defendant acknowledged and waived any potential conflicts of interest and wishes to proceed with current defense counsel.
  - ☐ The defendant requested that current counsel be relieved and:
    - ☐ that the defendant will retain new counsel.
      - ☐ The defendant must retain new counsel: ☐ by _____; ☐ within _____ of this hearing.
    - ☐ that the Court appoint new counsel.
      - ☐ The defendant completed and filed the CJA 23 Financial Affidavit for the Court's review.
  - ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☑ Jury Selection/Voir Dire held.
  - ☐ The Court ordered the jury to be: ☐ anonymous; ☐ sequestered; ☐ semi-sequestered; ☐ _____.
  - ☑ The prospective jurors were sworn and given preliminary instructions by the Court.
  - ☑ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
  - ☑ A jury of __12__, with __2__ alternates, were selected and are satisfactory to all parties.
  - ☑ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☑ Jury Trial held.
  - ☐ A jury of _____, with _____ alternates, previously selected by _____, are satisfactory to all parties.
  - ☑ The selected jurors were sworn as trial jurors.
  - ☑ The jurors were given preliminary instructions by the Court.
  - ☐ Opening statements were heard from the: ☐ Government; ☐ Defense Counsel.
  - ☐ Witness(es) were called for the: ☐ Government; ☐ defendant(s).
  - ☐ Exhibit(s) were entered into evidence.
  - ☐ The Government rested its case.
  - ☐ The defense rested its case.
  - ☐ A Charge Conference was held with the Court and counsel.
  - ☐ Summations were heard from the: ☐ Government; ☐ Defense Counsel; ☐ Government (*Rebuttal*).
  - ☐ The Court charged the jury.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Jury Deliberation held.
  - ☐ The U.S. Marshal/Court Security Officer was sworn to monitor the jurors during deliberations.
  - ☐ Jury Notes were received and marked as Court Exhibits.
  - ☐ The Court instructed the jury to continue their deliberations pursuant to <u>Allen v. United States</u> (*Allen Charge*).
  - ☐ The jury rendered the following verdict:
    - ☐ _____ on Count(s): _____ as to Defendant _____.
    - ☐ _____ on Count(s): _____ as to Defendant _____.
    - ☐ _____ on Count(s): _____ as to Defendant _____.
    - ☐ _____ on Count(s): _____ as to Defendant _____.
  - ☐ The jurors were polled as to their verdict.
  - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The Court charged the jury on the forfeiture allegation count(s) and instructed them to continue their deliberations.
    - ☐ Jury Notes were received and marked as Court Exhibits.
    - ☐ The jury rendered their verdict regarding the forfeiture allegation count(s).
    - ☐ The jurors were polled as to their verdict.
    - ☐ The Special Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The jurors, including alternates, were excused with the thanks of the Court.
  - ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ Plea Hearing held as to count(s) _____ of the _____-count _____.
  - ☐ The Court's Standard Plea Form was executed by the parties.
  - ☐ The defendant was advised of, and acknowledged, the constitutional rights that will be waived when entering a plea of guilty.
  - ☐ The defendant withdrew previously entered not guilty plea and entered a plea of GUILTY to the above referenced count(s).
  - ☐ The Court found that the there is a factual basis for the guilty plea and ACCEPTED the defendant's plea of guilty.
  - ☐ An Order of Forfeiture was executed.
  - ☐ The Court ordered the U.S. Probation Department to prepare and submit an EXPEDITED Presentence Investigation Report.
  - ☐ The parties consented to hold the preparation of the Presentence Investigation Report in ABEYANCE.
  - ☐ The Conviction Notification Form was executed and sent to the U.S. Probation Department.
  - ☐ The parties WAIVED the preparation of the Presentence Investigation Report.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

- ☐ _____ held as to count(s) _____ of the _____-count _____.
  - ☐ The parties advised the Court that there are no objections or corrections to the Presentence Investigation Report.
  - ☐ Objections/Corrections to the Presentence Investigation Report were outlined on the record by: ☐ Defense Counsel; ☐ the Government.
  - ☐ The Court adopted the Presentence Investigation Report without change.
  - ☐ Changes to the Presentence Investigation Report were made by the Court as stated on the record.
  - ☐ Oral presentations to the Court were made by: ☐ Defense Counsel; ☐ the defendant; ☐ the Government.
    - ☐ Additional presentations were made to the Court by: ☐ the victim(s); ☐ _____; ☐ _____.
  - ☐ The defendant was sentenced to IMPRISONMENT for a total term of:
    - ☐ TIME SERVED. The post-sentencing report form was executed and sent to the U.S. Probation Department.
    - ☐ _____.
    - ☐ Upon release, the defendant shall be on SUPERVISED RELEASE for a total term of _____.
      - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
        - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
      - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
    - ☐ The Court did not impose a term of Supervised Release.
  - ☐ The defendant was sentenced to PROBATION for a total term of _____.
    - ☐ The defendant shall comply with the mandatory and standard conditions of supervision.
      - ☐ One or more of the mandatory/standard conditions of supervision were not ordered or were amended by the Court.
    - ☐ The defendant shall comply with the special conditions of supervision ordered by the Court.
  - ☐ The defendant must pay the following criminal monetary penalties:
    - ☐ RESTITUTION in the amount of:                 $ _____
      - ☐ An Order of Restitution was executed.
    - ☐ A FINE in the amount of:                     $ _____
    - ☐ A SPECIAL ASSESSMENT fine in the amount of:  $ _____
    - ☐ An AVAA ASSESSMENT fine in the amount of:    $ _____
    - ☐ A JVTA ASSESSMENT fine in the amount of:     $ _____
  - ☐ The interest requirement on any of the criminal monetary penalties:
    - ☐ was ordered on the amounts of more than $2,500.00.
    - ☐ was modified by the Court as stated on the record.
    - ☐ was waived/not ordered/not applicable.
  - ☐ Restitution: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ A fine and/or other assessment: ☐ was not ordered or not applicable; ☐ was paid in full prior to sentencing.
  - ☐ The determination of Restitution and/or a fine was deferred pending further proceedings or by further motion to the Court.
  - ☐ The Order of Forfeiture dated _____ was adopted as the Final Order of Forfeiture and will be included as part of the judgment.
  - ☐ An Order of Forfeiture was executed and will be included as part of the judgment.
  - ☐ All other conditions shall remain in effect as previously ordered by the Court on _____.
  - ☐ The defendant's RIGHT TO APPEAL the Court's sentence:
    - ☐ was waived (*pursuant to the Plea/Cooperation Agreement, or as stated on the record*).
    - ☐ is preserved. The defendant may file an appeal within fourteen (14) days of the date that the judgment is entered, not filed.
  - ☐ All open counts in the outstanding charging instrument(s) were dismissed on the motion of the United States.
  - ☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

## IV. RULINGS MADE REGARDING DEFENDANT RELEASE STATUS:

☐ _____ Hearing held.
　☐ Defendant _____ did not present a bond application to the Court.
　　☐ An Order of Detention was executed as to Defendant _____.
　　☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
　☐ The bond application/modification was GRANTED as to Defendant _____.
　　☐ An Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　　☐ The conditions of release were modified as to Defendant _____, as stated on the record.
　　☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　☐ The bond application/modification was DENIED as to Defendant _____.
　　☐ An Order of Detention was executed as to Defendant _____.
　☐ The Government moved for immediate detention of Defendant _____.
　　☐ The motion was ☐ GRANTED; ☐ DENIED; ☐ GRANTED, in part.
　　☐ An Arrest Warrant was executed as to Defendant _____.
　　☐ An Order of Detention was executed as to Defendant _____.
　　☐ The conditions of release were modified as to Defendant _____, as stated on the record.
　　☐ An amended Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　☐ The decision regarding the bond or detention application was RESERVED.
　　☐ An Order Scheduling a Detention Hearing was executed as to Defendant _____.
　　☐ A temporary Order Setting Conditions of Release and Bond was executed as to Defendant _____.
　☐ See Section VI and/or Section VII (*page 7*) for additional details and/or rulings.

**For a defendant currently IN-CUSTODY:**

☐ Defendant _____ remain(s) in custody.

☐ The following orders were executed and shall be forwarded to the U.S. Marshals Service and/or the Federal Bureau of Prisons:
　☐ A Medical Evaluation Order as to Defendant _____.
　☐ A Competency Order as to Defendant _____.
　☐ A Force Order as to Defendant _____.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to sentencing/re-sentencing*), shall be RELEASED, FORTHWITH.
　☐ A Time Served Order was executed and submitted to the U.S. Marshals Service.
　☐ The defendant will be under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.
　☐ The defendant will not serve a term of Supervised Release.

**For a defendant currently AT LIBERTY:**

☐ Defendant _____ remain(s) on bond.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall be IMMEDIATELY REMANDED to the custody of the U.S. Marshals Service and/or the Federal Bureau of Prisons.

☐ The defendant, being sentenced to a TERM OF IMPRISONMENT, shall surrender for the service of the sentence before 2:00 PM on _____ at the institution designated by the Federal Bureau of Prisons. The defendant will REMAIN AT LIBERTY and under supervision of the Pretrial Services Department until the ordered surrender date.
　☐ The U.S. Marshals Voluntary Surrender form was executed.
　☐ Any motion to extend the surrender date must be made at least a thirty (30) days prior to the ordered surrender date.
　☐ The defendant was advised that there will be no extensions of the surrender date.

☐ The defendant, being sentenced to a TERM OF PROBATION, will REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Probation.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released*), shall REMAIN AT LIBERTY and under supervision of the U.S. Probation Department until the completion of the ordered term of Supervised Release.

☐ The defendant, being sentenced to TIME SERVED (*time in-custody prior to being released as well as time under supervision*), SHALL BE RELEASED FROM ALL CONDITIONS OF SUPERVISION, FORTHWITH.

## V. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time for Defendant _____.

☑ The following proceeding has been set for Defendant __A. Guzman__:
    ☑ Jury Trial_____ is set for **08/12/2025** at **9:30 AM** before Judge Joanna Seybert_____, in Courtroom 1030_____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The following proceeding has been set for Defendant _____:
    ☐ _____ is set for _____ at _____ before _____, _____.
        ☐ The Government's sentencing memorandum is due by: _____
        ☐ The defendant's sentencing memorandum is due by: _____
        ☐ Additional details regarding the proceeding set:

☐ The parties are directed to file their sentencing memoranda in accordance with the Court's Individual Rules (see Rule VII(D)(2)).

☐ The Court ordered one or more of the proceedings above to be held telephonically. The parties are directed to initiate a conference call among themselves, then they are to call the Court's Courtroom Deputy at the following number: **631-712-5615**.

☐ The Court ordered one or more of the proceedings above to be held by video, **via ZoomGov**. The parties on the case will be sent a separate notice by the Court's Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date for the proceeding approaches.

☐ See Section VI and/or Section VII (*page 7*) for additional details regarding the proceeding(s) set.

## VI. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was ordered SEALED**. Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☐ The Court made the following rulings:

## VII. ADDITIONAL RULINGS:

☐ The Court makes the following additional rulings (*not addressed during the proceedings*):