FILED
CLERK
8/14/2025 4:28 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

        -v-

ANIBAL EDGARDO MEJIA GUZMAN,

                                    Defendant.
------------------------------------------------------------X

**SUSTENANCE ORDER**

2:25-cr-00174 (JS) (LGD)

     **IT IS HEREBY ORDERED** that the Clerk of the Court provide proper sustenance to the empanelled jurors on this case during the deliberations of the trial. Deliberations were held on the following days: **August 13 and 14, 2025**. Trial has been completed.

                                                     **SO ORDERED.**

                                                 *Joanna Seybert*

                                               Joanna Seybert, Senior U.S.D.J.

DATED: August 14, 2025
             Central Islip, NY