UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA

    - against -                        Docket No. <u>25-CR-174 (JS)</u>

ANIBAL EDGARDO MEJIA GUZMAN,      <u>VERDICT SHEET</u>

       Defendant.

----------------------------------X

### Assault On a Federal Officer

1. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer and **inflicting bodily injury on Deportation Officer John Dickerson** as charged in the indictment?

   Not Guilty __✓__   Guilty _____

*If you find the defendant "not guilty" proceed to question 2. If you found the defendant "guilty" under question 1, then the case is concluded.*

2. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer **by intentional physical contact with the officers**?

   Not Guilty __✓__   Guilty _____

*If you find the defendant "not guilty" proceed to question 3. If you found the defendant guilty under question 2, please move on to answer the questions a and b below*

    a. Did you **unanimously** find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, guilty as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer by intentional physical contact to Deportation Officer John Dickerson?

   No_____   Yes_____

25cr 00174
COURT EXHIBIT
August 14, 2025
1:04 pm
8

    b. Did you **unanimously** find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, guilty as to the lesser included charge of forcibly assaulting, opposing, resisting, impeding, intimidating, or interfering with a federal officer by intentional physical contact to Special Agent Joshua Abbensetts?

        No _____        Yes _____

3. How do you find the defendant, ANIBAL EDGARDO MEJIA GUZMAN, as to the lesser included charge of **simple assault** on federal officers?

        Not Guilty __✓__        Guilty _____

Date 8/14/2025        Foreperson _[signature]_
                                                   Ryan Price