AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ANIBAL EDGARDO MEJIA GUZMAN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:25-cr-00174 (JS)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Joanna Seybert
Signature of Judge

Joanna Seybert | Senior U.S.D.J.
Name of Judge | Title of Judge

8/14/2025
Date