CNR:SAE
F. #2025R00257

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | I N D I C T M E N T |
| - against - | Cr. No. 25-CR-174 |
| ANIBAL EDGARDO MEJIA GUZMAN, | (T. 18, U.S.C., §§ 111(a)(1), 111(b) and 3551 et seq.) |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

THE GRAND JURY CHARGES:

ASSAULT OF A FEDERAL OFFICER

1. On or about April 11, 2025, within the Eastern District of New York, the defendant ANIBAL EDGARDO MEJIA GUZMAN, did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with one or more officers and employees of the United States, to wit: One United States Immigration and Customs Enforcement, Enforcement and Removal Operations Deportation Officer ("Deportation Officer-1") and one Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("Special Agent-1"), while such officers and employees were engaged in, and on account of, the performance of official duties, and such act involved physical contact with Deprtation Officer-1 and Special Agent-1 and inflicted bodily injury to Deportation Officer-1.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)