UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                *Plaintiff*,

    -v-

ANIBAL EDGARDO MEJIA GUZMAN,
                *Defendant*.
-----------------------------------------------------------X

**TRANSPORTATION ORDER**

2:25-cr-00174 (JS)(LGD)

**IT IS HEREBY ORDERED** that the Clerk of the Court provide proper transportation, when necessary, to the empanelled juror on this case during the duration of the trial. The juror required transportation on the following days of trial: **August 11, 12, 13 & 14, 2025**.

                                          **SO ORDERED.**

                                         *Joanna Seybert*
                                      Joanna Seybert, Senior U.S.D.J.

DATED:  August 14, 2025
             Central Islip, NY